IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 3:05CR176(02) TMR |
| ) | |
| JOSE LUIS TORRES-VELARDE ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above named began supervised release on  March 17, 2010  for a period of  three (3)  years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from supervised release, and that the proceedings in the case be terminated.

Dated this  4  day of  April , 20 13

_____
United States District Court Judge